RECEIVED

OCT 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RANDALL MCGEE | CIVIL ACTION NO. 05-1045 |
| VS. | JUDGE DOHERTY |
| LAREDO OFFSHORE SERV., INC.<br>SPECIALTY RENTAL TOOLS, INC.<br>ATP OIL & GAS CORP. | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION FOR CONTEMPT AND TO COMPEL DISCOVERY
*(Rec. Doc. 70)*

Before the court is the motion for contempt and to compel discovery filed by defendant Specialty Rental Tools, Inc. ("SRT") on October 24, 2006.[1] The motion is set for hearing on the undersigned's November 15, 2006 motion calendar with oral argument, in accord with the Court's routine procedures for handling motions. For the following reasons, the motion for contempt is **DENIED** and the motion to compel is **GRANTED**.

On August 17, 2006, SRT served Dr. Susan R. Andrews, a neuropsychologist practicing in Metairie, Louisiana, with a subpoena for the production of documents, which requires her to produce her entire file pertaining to the psychiatric and psychological examination of plaintiff Randall McGee, including all scorings of any psychiatric and psychological tests, reports prepared in connection with such examinations, appointment calendars, billing statements, and any correspondence concerning McGee. The return date for the subpoena was September 1, 2006.

---

[1] Rec. Doc. 70.

smb C:\WPDOCS\051045.McGee.Ruling.Contempt.Compel.wpd 10/26/06

On September 7, 2006, Lynn Snow, Dr. Andrews's office manager, provided counsel for SRT with copies of records regarding McGee, except for records involving psychological testing and the calendar of appointments, stating that office policy permits the disclosure of such information only to those individuals with a professional background in psychology. Ms. Snow also objected to the production of the calendar because it contains protected data concerning other patients. SRT now seeks to hold Dr. Andrews in contempt under Rule 45 of the Federal Rules of Civil Procedure, and further seeks to compel the production of the materials that have been withheld.

Dr. Andrews, as a non-party to this action, is not currently represented by counsel in this matter. On October 26, 2006, the undersigned's law clerk, Stacey M. Blanke, contacted Ms. Snow about the pending motion and inquired whether Dr. Andrews would release the requested records pursuant to a court order, stating that the records appear to be relevant to the pending litigation and explaining that producing the documents in this manner would be the most efficient and expeditious course. Ms. Blanke stated that, to the extent that certain records sought may contain the confidential information of other patients, all of the records could be ordered produced subject to a confidentiality agreement, to be drafted by counsel for SRT. Ms. Snow stated unequivocally that the records would be produced subject to such an order. Considering the foregoing,

**IT IS HEREBY ORDERED** that SRT's motion to compel is **GRANTED**. Dr. Andrews shall produce the requested documentation, including all records involving psychological testing

of Randall McGee, as well as the pertinent portions of Dr. Andrews's calendar of appointments, *within ten days of the date of this order.*

**IT IS FURTHER ORDERED** that all documentation produced by Dr. Andrews shall be produced subject to a confidentiality agreement to be executed by counsel for SRT.

**IT IS FURTHER ORDERED** that SRT's motion for contempt is **DENIED**.

**IT IS FURTHER ORDERED** that a copy of this ruling shall be mailed to Dr. Susan R. Andrews at the following address:

> Dr. Susan R. Andrews, Ph.D.
> Neuropsychological Services for Adults and Children
> 2626 N. Arnoult Rd.
> Suite 220
> Metairie, LA 70002

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record. **A copy shall also be faxed to Dr. Andrews at (504) 834-8802.**

Signed at Lafayette, Louisiana on October 27, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT:
DATE: 10/27/06
BY: Cw
TO: Beyer
Byrne
Crawford
Daigle
Dixon
Hawley
Leete
Mestayer
Unger
Verret
} w/a fax
Andrews - w/a fax + mail